FILED

10/01/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0275

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0275

STATE OF MONTANA,

       Plaintiff and Appellee,

v.

RAFAEL BENJAMIN GRANA,

       Respondent and Appellant.

FILED

OCT 0 1 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## MOTION FOR EXTENSION OF TIME

COMES NOW, Brent Flowers, counsel of record for Defendant and Appellant, and respectfully requests a 30 day extension of time, until November 3, 2021, in which to prepare, file, and serve the Appellant's Opening Brief in this matter. This is Appellant's first extension request for the opening brief. The brief is currently due on October 4, 2021. Opposing counsel has been contacted and does not object.

/s/ *Brent Flowers*

Brent Flowers
BEEBE & FLOWERS
Attorneys for Appellant
110 N. Warren St.
P.O. Box 200
Helena, Montana 5924
*brent@helenalegal.com*

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0275

STATE OF MONTANA,

Plaintiff and Appellee,

v.

RAFAEL BENJAMIN GRANA,

Respondent and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including November 3, 2021, within which to prepare, file, and serve the Opening Brief on appeal.

Clerk of Court